# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY LLC,<br><br>     Defendants. | Civil Case No. 6:21-cv-00122-ADA |

**DEFENDANT MOTOROLA MOBILITY LLC'S RESPONSES TO
PLAINTIFF GESTURE TECHNOLOGY PARTNERS, LLC'S
FIRST SET OF INTERROGATORIES (NOS. 1-11)**

Defendant Motorola Mobility LLC ("Motorola") hereby responds to Plaintiff Gesture Technology Partners, LLC's ("Gesture") First Set of Interrogatories (Nos. 1-11) as follows:

**GENERAL STATEMENT AND OBJECTIONS**

1.  Motorola objects to each interrogatory, definition, and instruction to the extent that it seeks to impose duties or obligations on Motorola beyond those set forth in the Federal Rules of Evidence, Federal Rules of Civil Procedure and/or the Civil Local Rules, the Protective Order that will be entered in this case, the Order Governing Proceedings that will be entered in this case, or any other applicable rules or agreements that the parties have or may enter into in this case.

2.  The following responses are based on information available as of the date of these responses. Discovery is not yet complete, and these responses are therefore subject to revision. It is anticipated that further discovery, investigation, and analysis may supply additional facts

Group Ltd. is the ultimate parent of both Lenovo US and Motorola.  Motorola has no relationship with any of the remaining third parties listed in Interrogatory No. 1.  Motorola reserves the right to amend or supplement this response as discovery and inquiry continue.

**INTERROGATORY NO. 2:**

Describe Your activities, if any, in the state of Texas during the Relevant Time Period.

**RESPONSE TO INTERROGATORY NO. 2:**

Motorola incorporates by reference its General Statement and Objections as though fully set forth herein.  Motorola objects to this Interrogatory as overbroad, unduly burdensome, and not proportional to the needs of this case or the issue of whether venue is proper, particularly to the extent it seeks information regarding the entire state of Texas.  Motorola objects to this Interrogatory on the grounds that it seeks information irrelevant to any claim or defense made by any party in this action or the issue of whether venue is proper.  Motorola objects to this Interrogatory on the grounds that it is vague and ambiguous, particularly to the extent it requires Motorola to interpret the term "activities."  Motorola objects to this Interrogatory as seeking information protected by the attorney-client privilege and/or work product doctrines.

**INTERROGATORY NO. 3:**

Describe the process and guidelines to become a Motorola Service Provider and/or Authorized Dealer along with methods and guidelines for determining the amount of payments for such Authorized Service Providers and/or Authorized Dealers.

**RESPONSE TO INTERROGATORY NO. 3:**

Motorola incorporates by reference its General Statement and Objections as though fully set forth herein.  Motorola objects to this Interrogatory on the grounds that it seeks information irrelevant to any claim or defense made by any party in this action or the issue of whether venue

is proper.  Motorola objects to this Interrogatory as overbroad, unduly burdensome, and not proportional to the needs of this case or the issue of whether venue is proper, particularly to the extent it seeks information without any geographic limitations.  Motorola objects to this Interrogatory on the grounds that it is compound and contains multiple subparts.

**INTERROGATORY NO. 4:**

Identify and Describe all of the entities, employees, agents, Authorized Service Providers, and/or Authorized Dealers, that sell, repair, market, or accept returns of, or sold, repaired, marketed, or accepted returns of in the Relevant Time Period, Motorola products related to the Accused Instrumentalities in the state of Texas, as well as an identification and description of the five persons (including when appropriate, but not limited to, any third parties) with the most knowledge regarding such repairs and sales, and identify any city, state, and country in which each resides, has employees, has operations, or conducts business.

**RESPONSE TO INTERROGATORY NO. 4:**

Motorola incorporates by reference its General Statement and Objections as though fully set forth herein.  Motorola objects to this Interrogatory as overbroad, unduly burdensome, and not proportional to the needs of this case or the issue of whether venue is proper, particularly to the extent it seeks information regarding the entire state of Texas.  Motorola objects to this Interrogatory to the extent it seeks information irrelevant to any claim or defense made by any party in this action or the issue of whether venue is proper.  Motorola objects to this Interrogatory to the extent it seeks confidential information which would impinge on the protected right to privacy of individuals including, for example, residences of individuals employed by Motorola.  Motorola objects to this Interrogatory on the grounds that it is

compound and contains multiple subparts.  Motorola objects to the Interrogatory to the extent the information sought is publicly available.

Subject to and without waiver of the foregoing general and specific objections, Motorola responds as follows:  Motorola has no offices located in the Western District of Texas.  Motorola has only one Authorized Service Provider in the Western District of Texas:  the Cell Phone Repair network.  Repair locations are available online, at www.cellphonerepair.com.

Motorola's Authorized Dealers include the following distributors:

- Ingram/Bright Point
- Ice Mobility
- Planet Cell
- Quality One

The person most knowledgeable regarding the subject matter of this Interrogatory is Timothy Erichson, who may be contacted through counsel for Motorola.  Motorola reserves the right to amend or supplement this response as discovery and inquiry continue.

**INTERROGATORY NO. 5:**

Identify all contracts and agreements with any and all Authorized Service Providers and Authorized Dealers as well as an identification and description of the five persons (including when appropriate, but not limited to, any third parties) with the most knowledge regarding such contracts and agreements, and identify any city, state, and country in which each resides, has employees, has operations, or conducts business.

**RESPONSE TO INTERROGATORY NO. 5:**

Motorola incorporates by reference its General Statement and Objections as though fully set forth herein.  Motorola objects to this Interrogatory as overbroad, unduly burdensome, and

not proportional to the needs of this case or the issue of whether venue is proper, particularly to the extent it seeks information without any geographic limitations.  Motorola objects to this Interrogatory on the grounds that it seeks information irrelevant to any claim or defense made by any party in this action or the issue of whether venue is proper.  Motorola objects to this Interrogatory on the grounds that it is compound and contains multiple subparts.

**INTERROGATORY NO. 6:**

Describe all payments that You have made to or received from Authorized Service Providers and/or Authorized Dealers (or anyone acting on or for their behalf) during the Relevant Time Period including, but not limited to, a description of the purposes of the payment, identification of the contract or agreement pursuant to which the payment was made, the timing of such payments, the total dollar amount paid over time, the individual amounts paid and when they were paid, and the identities of all entities sending, receiving, handling, or transferring payment, respectively.

**RESPONSE TO INTERROGATORY NO. 6:**

Motorola incorporates by reference its General Statement and Objections as though fully set forth herein.  Motorola objects to this Interrogatory as overbroad, unduly burdensome, and not proportional to the needs of this case or the issue of whether venue is proper, particularly to the extent it seeks information without any geographic limitations.  Motorola objects to this Interrogatory on the grounds that it seeks information irrelevant to any claim or defense made by any party in this action or the issue of whether venue is proper.  Motorola objects to this Interrogatory on the grounds that it is compound and contains multiple subparts.

WEST\294012651.2

**INTERROGATORY NO. 7:**

Identify any and all Motorola entities operating or doing business in Texas and with one or more physical locations within the state of Texas during the Relevant Time Period and list the date the entity was first opened and, if closed, when it closed, and identify all of the services and products provided by such entities.

**RESPONSE TO INTERROGATORY NO. 7:**

Motorola incorporates by reference its General Statement and Objections as though fully set forth herein.  Motorola objects to this Interrogatory as overbroad, unduly burdensome, and not proportional to the needs of this case or the issue of whether venue is proper, particularly to the extent it seeks information regarding the entire state of Texas.  Motorola objects to this Interrogatory to the extent it seeks information irrelevant to any claim or defense made by any party in this action or the issue of whether venue is proper.  Motorola objects to this Interrogatory on the grounds that it is compound and contains multiple subparts.  Motorola objects to this Interrogatory on the grounds that it is vague and ambiguous, particularly to the extent it requires Motorola to interpret the term "Motorola entities."

Subject to and without waiver of the foregoing general and specific objections, Motorola responds as follows:  Motorola has a single office within the state of Texas, located in Fort Worth, which is outside this District.  Motorola employs 13 employees at its Fort Worth office. Motorola reserves the right to amend or supplement this response as discovery and inquiry continue.

**INTERROGATORY NO. 8:**

Identify whether Motorola maintains a registration with the Texas Secretary of State. If Motorola previously maintained a registration with the Texas Secretary of State, identify when

Motorola first registered with the Texas Secretary of State and when its filing status was forfeited and any reasons for such forfeiture. Identify the five people most knowledgeable about maintaining Motorola's registration status in any state located in the United States.

**RESPONSE TO INTERROGATORY NO. 8:**

Motorola incorporates by reference its General Statement and Objections as though fully set forth herein.  Motorola objects to this Interrogatory on the grounds that it seeks information irrelevant to any claim or defense made by any party in this action or the issue of whether venue is proper.  Motorola objects to this Interrogatory on the grounds that it seeks information that is publicly available.  Motorola objects to this Interrogatory on the grounds that it is compound and contains multiple subparts.

Subject to and without waiver of the foregoing general and specific objections, Motorola responds as follows:  Motorola is incorporated in Delaware with its headquarters in Illinois. Motorola has maintained a registration in the State of Texas since 2010, as required by Sec. 9.001 of Texas's Business Organizations Code.  Motorola reserves the right to amend or supplement this response as discovery and inquiry continue.

**INTERROGATORY NO. 9:**

Identify any employees, agents, contractors, proxies, or any other individuals under the control of Motorola, or any entity related to Motorola, who have worked, lived, or resided within the state of Texas during the Relevant Time Period, by stating their (a) full name, (b) address, (c) job title, and (d) whether they have worked remotely or in a commercial office space.

**RESPONSE TO INTERROGATORY NO. 9:**

Motorola incorporates by reference its General Statement and Objections as though fully set forth herein.  Motorola objects to this Interrogatory as overbroad, unduly burdensome, and

12

not proportional to the needs of this case or the issue of whether venue is proper, particularly to the extent it seeks information regarding the entire state of Texas.  Motorola objects to this Interrogatory to the extent it seeks information irrelevant to any claim or defense made by any party in this action or the issue of whether venue is proper.  Motorola objects to this Interrogatory on the grounds that it is vague and ambiguous, particularly to the extent it requires Motorola to interpret the terms "entity related to Motorola" and "under the control of Motorola." Motorola objects to this Interrogatory to the extent it seeks confidential information which would impinge on the protected right to privacy of individuals including, for example, residences of individuals employed by Motorola.  Motorola objects to this Interrogatory on the grounds that it is compound and contains multiple subparts.

Subject to and without waiver of the foregoing general and specific objections, Motorola responds as follows:  Motorola has a single office within the state of Texas, located in Fort Worth, which is outside this District.  Motorola employs 13 employees at its Fort Worth office. Pursuant to Fed. R. Civ. P. 33(d), Motorola will also produce non-privileged documents from which information responsive to this interrogatory may be ascertained.  Motorola reserves the right to amend or supplement this response as discovery and inquiry continue.

**INTERROGATORY NO. 10:**

Identify whether Motorola, or any entity related to Motorola, has paid in whole or in part, for office space for any individuals identified in Interrogatory Number 9 and whether such office is a commercial office space or an office within the individual's home, and identify whether any such individual's compensation includes any stipend, allowance, or other payment to fund any part of their remote work, including, but not limited to, office equipment, telephones, and vehicles.

**RESPONSE TO INTERROGATORY NO. 10:**

Motorola incorporates by reference its General Statement and Objections as though fully set forth herein.  Motorola objects to this Interrogatory as overbroad, unduly burdensome, and not proportional to the needs of this case or the issue of whether venue is proper, particularly to the extent it seeks information regarding the entire state of Texas.  Motorola objects to this Interrogatory on the grounds that it seeks information irrelevant to any claim or defense made by any party in this action or the issue of whether venue is proper.  Motorola objects to this Interrogatory on the grounds that it is vague and ambiguous, particularly to the extent it requires Motorola to interpret the term "entity related to Motorola."  Motorola objects to this Interrogatory to the extent it seeks confidential information which would impinge on the protected right to privacy of individuals including, for example, residences of individuals employed by Motorola.  Motorola objects to this Interrogatory on the grounds that it is compound and contains multiple subparts.

Subject to and without waiver of the foregoing general and specific objections, Motorola responds as follows:  Motorola does not own or lease any commercial space in the Western District of Texas.  Motorola has only one employee that resides in this District, and that employee has not received any stipend, allowance, or other payment from Motorola to fund any part of a home office.  Motorola reserves the right to amend or supplement this response as discovery and inquiry continue.

**INTERROGATORY NO. 11:**

Describe all bases for Your contentions that GTP "cannot satisfy the first prong of Section 1400(b)" and "cannot satisfy the first prong of Section 1400(b)" when You filed Your motion to dismiss (Dkt. 21).

WEST\294012651.2