# EXHIBIT 3

**Lenovo CR Employee Home Address Information**

| Organizations | Lenovo |
|---|---|
| Country/Region | United States of America |

| Employee ID | Job Title | Country/Region | Office Location | Home Address City | State/Province | Home Address Postal Code | Entity/Company |
|---|---|---|---|---|---|---|---|
| 509674 | VP - HR Partnerships | United States of America | US - Mobile | Austin | Texas | 78732 | Lenovo - United States (Morrisville) |
| 520113 | VP - Product Group Procurement | United States of America | US - Mobile | Cedar Park | Texas | 78613 | Lenovo - United States (Morrisville) |
| 602492 | Dir, Professional Service | United States of America | US - Morrisville | Austin | Texas | 78746 | Lenovo - United States (Morrisville) |
| 603194 | Sr Engineer, SW | United States of America | US - Mobile | Round Rock | Texas | 78681 | Lenovo - United States (Carmel) |
| 603245 | Field Sr. Account Exec | United States of America | US - Mobile | Georgetown | Texas | 78628 | Lenovo - United States (Morrisville) |
| 604268 | Sr Account Rep | United States of America | US - Mobile | Austin | Texas | 78756 | Lenovo - United States (Morrisville) |
| 605023 | Order Fulfillment Professional | United States of America | US - Morrisville | Georgetown | Texas | 78628 | Lenovo - United States (Morrisville) |
| 605389 | Field Account Exec | United States of America | US - Mobile | Round Rock | Texas | 78665 | Lenovo - United States (Morrisville) |
| 621247 | Sr Account Rep | United States of America | US - Mobile | Pflugerville | Texas | 78660 | Lenovo - United States (Morrisville) |
| 622410 | Sales Account Exec | United States of America | US - Mobile | Austin | Texas | 78748 | Lenovo - United States (Morrisville) |
| 623998 | IT Product Analysis Professional | United States of America | US - Morrisville | Leander | Texas | 78641 | Lenovo - United States (Morrisville) |
| 627696 | Sr Mgr Financial P&A | United States of America | US - Morrisville | Austin | Texas | 78736 | Lenovo - United States (Morrisville) |
| 633383 | ED - Global Account Sales Leader | United States of America | US - Mobile | Austin | Texas | 78732 | Lenovo - United States (Morrisville) |
| 638534 | Sales Account Exec | United States of America | US - Mobile | ROUND ROCK | Texas | 78681 | Lenovo - United States (Morrisville) |
| 639857 | Solution Sales Exec | United States of America | US - Mobile | Austin | Texas | 78730 | Lenovo - United States (Morrisville) |
| 640937 | VP & GM, Global Accounts | United States of America | US - Morrisville | Austin | Texas | 78726 | Lenovo - United States (Morrisville) |
| 642562 | VP - Ecosystem & Cloud Services Development | United States of America | US - Mobile | Austin | Texas | 78704 | Lenovo - United States (Morrisville) |
| 644201 | Sales Account Exec | United States of America | US - Mobile | Austin | Texas | 78735 | Lenovo - United States (Morrisville) |
| 646947 | Internal Audit Program Manager II | United States of America | US - Mobile | leander | Texas | 78641 | Lenovo - United States (Morrisville) |
| 647968 | Field Sr. Global Account Manager | United States of America | US - Mobile | Austin | Texas | 78746 | Lenovo - United States (Morrisville) |
| 648261 | ED - WW Customer Engagement & Services Business Development | United States of America | US - Mobile | Austin | Texas | 78759 | Lenovo - United States (Morrisville) |
| 688902 | SVP, President of ISO (International Sales Organization) | United States of America | US - Morrisville | Austin | Texas | 78735 | Lenovo - United States (Morrisville) |
| 689523 | ED - Business Group Services | United States of America | US - Mobile | Hutto | Texas | 78634 | Lenovo - United States (Morrisville) |
| 689580 | Services Solutions Architect | United States of America | US - Mobile | San Antonio | Texas | 78232 | Lenovo - United States (Morrisville) |
| 689950 | PS Sales Director | United States of America | US - Mobile | Austin | Texas | 78731 | Lenovo - United States (Morrisville) |
| 691593 | Sr. Manager, Marketing Strategy & Planning | United States of America | US - Mobile | Austin | Texas | 78749 | Lenovo - United States (Carmel) |
| 692075 | Field Account Exec | United States of America | US - Mobile | Georgetown | Texas | 78628 | Lenovo - United States (Morrisville) |
| 692159 | Sales Enablement Program Mgr I | United States of America | US - Mobile | Austin | Texas | 78759 | Lenovo - United States (Morrisville) |
| 692441 | Development Mgr II, SW | United States of America | US - Mobile | El Paso | Texas | 79928 | Lenovo - United States (Morrisville) |
| 692655 | Sr Sales Mgr | United States of America | US - Mobile | Austin | Texas | 78731 | Lenovo - United States (Morrisville) |
| 693435 | Field Account Exec | United States of America | US - Mobile | Austin | Texas | 78734 | Lenovo - United States (Morrisville) |
| 693436 | Sr Channel Rep | United States of America | US - Mobile | Austin | Texas | 78745 | Lenovo - United States (Morrisville) |
| 693661 | Professional, Digital Marketing | United States of America | US - Mobile | Austin | Texas | 78757 | Lenovo - United States (Carmel) |
| 693921 | Director, Business Development | United States of America | US - Mobile | Pflugerville | Texas | 78660 | Lenovo - United States (Morrisville) |
| 694114 | PS Sales Director | United States of America | US - Mobile | Round Rock | Texas | 78665 | Lenovo - United States (Morrisville) |
| 694160 | Business Development Consultant | United States of America | US - Mobile | Round Rock | Texas | 78681 | Lenovo - United States (Morrisville) |
| 694618 | Dir Sales Enablement | United States of America | US - Morrisville | Austin | Texas | 78738 | Lenovo - United States (Morrisville) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 695601 | Business Solution Manager | United States of America | US - Mobile | Austin | Texas | 78703 | Lenovo - United States (Carmel) |
| 696130 | Director, Customer Journey & Engagement | United States of America | US - Morrisville | Liberty Hill | Texas | 78642 | Lenovo - United States (Morrisville) |
| 696321 | Product Manager II | United States of America | US - Mobile | Austin | Texas | 78759 | Lenovo - United States (Morrisville) |
| 697582 | Field Global Account Manager | United States of America | US - Mobile | Bertram | Texas | 78605 | Lenovo - United States (Morrisville) |
| 697662 | Sr Channel Rep | United States of America | US - Mobile | Georgetown | Texas | 78628 | Lenovo - United States (Morrisville) |
| 698930 | Manager, Campaign | United States of America | US - Mobile | Austin | Texas | 78746 | Lenovo - United States (Carmel) |
| 699790 | Director, Business Development | United States of America | US - Morrisville | Liberty Hill | Texas | 78642 | Lenovo - United States (Morrisville) |
| 700582 | VP - Business Group IT Management | United States of America | US - Morrisville (Davis Dr) | Georgetown | Texas | 78633 | Lenovo - United States (Morrisville) |
| 701305 | Sr Account Rep | United States of America | US - Mobile | AUSTIN | Texas | 78704 | Lenovo - United States (Morrisville) |
| 701404 | PS Sales Director | United States of America | US - Mobile | Dripping Springs | Texas | 78620 | Lenovo - United States (Morrisville) |
| 703048 | Dir, Professional Service | United States of America | US - Morrisville | Austin | Texas | 78756 | Lenovo - United States (Morrisville) |
| 703291 | Sales Engineer | United States of America | US - Mobile | Elgin | Texas | 78621 | Lenovo - United States (Morrisville) |
| 705112 | Sr Mgr Professional Service | United States of America | US - Mobile | Austin | Texas | 78702 | Lenovo - United States (Morrisville) |
| 705392 | Sr. Solution Sales Exec | United States of America | US - Mobile | Hutto | Texas | 78634 | Lenovo - United States (Morrisville) |
| 705577 | ED - Product Marketing | United States of America | US - Mobile | Leander | Texas | 78641 | Lenovo - United States (Morrisville) |

## Lenovo CR Address Report

| | |
|---|---|
| **Organizations** | Lenovo |
| **Include Subordinate Organizations** | Yes |
| **Company** | US11 Motorola Mobility LLC |
| **Country/Region** | |
| **Position Worker Type** | |
| **Remove Terminated Workers?** | Yes |
| **Contact Change Start Date** | |
| **Contact Change End Date** | |

| Country/Region | Job Title | Home Address City | State/Province | Home Address Postal Code | Company |
|---|---|---|---|---|---|
| United States of America | Services Ops Program Manager II, SSG Intl. IDG Services – MBG | Killeen | Texas | 76542 | US11 Motorola Mobility LLC |