# EXHIBIT 4

| Name | Employer | Position | Location | Ex. No |
|------|----------|----------|----------|--------|
| Tom Toles | Lenovo | Global Acct Manager | Austin TX | 1 |
| Sarah Neese | Lenovo | Director - Lenovo Global Channel Services | Austin TX | 2 |
| Dawn Lindsey | Lenovo | Head of Global Marketing and Sales | Austin TX | 3 |
| Stacy Calabretta | Lenovo | Global Sales Executive | Austin TX | 4 |
| Shannon Mackay | Lenovo | General Manager - Smart Collaboration Business Group | Leander TX | 5 |
| Amy Marks | Lenovo | Smart Device/AI Product Manager | San Antonio TX | 6 |
| JJ DePalma | Lenovo | Regional Sales Director - K-12 Educ. Western US | Austin TX | 7 |
| Chuck Boorman | Lenovo | Director Business Development - Public Sector | Austin TX | 8 |
| Mike Bailey | Lenovo | OEM Product Manager | Austin TX | 9 |
| Coco Peterson | Lenovo | Senior Contract Manager - Public Sector | Austin TX | 10 |
| Christopher Summers | Lenovo | Global Acct Executive - Workstations | Round Rock TX | 11 |
| Hailey Mackay | Lenovo | Worldwide ThinkPad Product Launch Manager | Austin TX | 12 |
| John Rohrer | Lenovo | Datacenter Sales Executive | Austin TX | 13 |
| Shannon Boelter | Lenovo | Acct Executive | Austin TX | 14 |
| Leslie Friend | Lenovo | Head of Acquisition Marketing | Austin TX | 15 |
| Gerald Youngblood | Lenovo | Chief Marketing Officer - North America | Austin TX | 16 |
| Andy Morris | Lenovo | Senior Solutions Marketing Manager - HPC & AI | Austin TX | 17 |
| Steven Franco | Lenovo | Acct Executive | Round Rock TX | 18 |
| Adam Helsinger | Lenovo | Global Marketing Manager | Austin TX | 19 |
| Ed Gillispie | Lenovo | VP & GM - US Commerical, Public Sector, Healthcare | Austin TX | 20 |
| Paul Jackson | Lenovo | Business Development Manager | Austin TX | 21 |
| Marcus White | Lenovo | Data Center Solution Architect | Austin TX | 22 |
| Tim Cooper | Lenovo | Regional Sales Director - Higher Education West | Dripping Springs TX | 23 |
| Tyson Taylor | Lenovo | Sr Acct Executive Infrastructure Solutions | Austin TX | 24 |
| John Denton | Lenovo | Field Solutons Architect Global Accounts - Telco | Austin TX | 25 |
| Greg Ausley | Lenovo | VP - HR | Austin TX | 26 |
| Jeff Gillespey | Lenovo | Executive Director - Global Sales | Austin TX | 27 |
| Lenisa Ovolsmith | Lenovo | Digital Marketing Manager | Austin TX | 28 |
| John Egan | Lenovo | VP of WW Maufacturing & Logistics | Austin TX | 29 |
| Nate Matatall | Lenovo | Global Director E-commerce Marketing | Austin TX | 30 |
| Gerald Gross | Lenovo | VP - Global Supply Chain , CPO | Cedar Park TX | 31 |
| Alfredo Alfau | Lenovo | Director of Business Development - Cloud Software | Austin TX | 32 |
| Matthew Zielinski | Lenovo | President - International Sales Organization | Austin TX | 33 |
| Kimberly DeLeon | Lenovo | North America Alliances | Austin TX | 34 |
| Glen Edington | Lenovo | Service Director | Austin TX | 35 |
| Rebecca Achariyakosol | Lenovo | Executive Director - WW Services Upsell Offer Development & Marketing | Austin TX | 36 |
| Erin Wessley | Lenovo | Services Sales Executive | Austin TX | 37 |
| Cassie Mayberry | Lenovo | Global Inside Sales - Telco | Austin TX | 38 |
| Ramesh Joginpalli | Lenovo | Director/Global Lead - Business Development & Marketing | Austin TX | 39 |
| Laura Robertson | Lenovo | Director - Public Sector Center of Excellence | Austin TX | 40 |
| Brandon Dugie | Lenovo | Sr Business Manager - Global Strategy and Planning | Austin TX | 41 |
| Dave Gardner | Lenovo | Architect | Travis County TX | 42 |
| Sai Puvvada | Lenovo | Transition Process Analyst | San Antonio TX | 43 |
| Robert Bluestein | Lenovo | Multi-Segment Support After Point of Sale | Buda TX | 44 |
| Mark Benavides | Lenovo | Services Channel Manager | Austin TX | 45 |
| Kim Lewis | Lenovo | APOS Indirect Renewals WW Program Manager | Austin TX | 46 |
| David Olski | Lenovo | Executive - BOLD Leadership & Strategic Initiatives | Austin TX | 47 |
| Joshua Preece | Lenovo | Acct Executive - Security Software | Austin TX | 48 |
| John Holderman | Lenovo | Channel Acct Manager | Austin TX | 49 |
| Jeff Pierson | Lenovo | Director - Western Operations | Round Rock TX | 50 |
| Stuart Stahl | Lenovo | Director - NA APOS Services | Austin TX | 51 |
| Chuck Oertli | Lenovo | Acct Executive - Vertical Solutions | Austin TX | 52 |
| Corbin Lanmon | Lenovo | Channel Acct Manager | Austin TX | 53 |
| Laura Sagebiel | Lenovo | Transition Management Office Leader - ROW | Austin TX | 54 |
| Samantha Perkins | Lenovo | Channel Acct Manager | Austin TX | 55 |
| Gregory Gwynn | Lenovo | Sales Executive - DaaS | Austin TX | 56 |
| Igor Bergman | Lenovo | Chief Product Officer , VP Product Management - GM - SaaS - Cloud - Edge | Austin TX | 57 |
| Walker Dollahon | Lenovo | Acct Executive - Workstation Acquisition | Austin TX | 58 |
| Gina Quiroz | Lenovo | Sr Social Media Listening & Engagement Architect & Strategist - Worldwide | Travis County TX | 59 |
| Franklin Flint | Lenovo | Global Marketing Executive - OEM Infrastructure Solutions Group | Austin TX | 60 |
| Greg Tan | Lenovo | Regional Acct Executive | Georgetown TX | 61 |
| Theresa Wolfe | Lenovo | Acct Executive - OEM Data Center Group South Central | San Antonio TX | 62 |
| Katie Santos | Lenovo | Senior Project Manager - Public Sector COE | Austin TX | 63 |
| Geetu Rajpal | Lenovo | Data Analyst - User Experience | San Antonio TX | 64 |

| Name | Employer | Position | Location | Ex. No |
|------|----------|----------|----------|--------|
| Eric Blair | Lenovo | Sr Software Engineer and Architect | Austin TX | 65 |
| Ronald Travis | Motorola Mobility | Geo Sr Manager - Motorola NA Global Upsell Services | Austin TX | 66 |
| Suryaminjata Gunawan | Motorola Mobility | Principal Staff Software Engineer | Austin TX | 71 |
| Suresh Venkitashalam | Motorola Mobility | Senior Staff Engineer | Austin TX | 72 |
| Michael Do | Motorola Mobility | Engineer | Austin TX | 73 |
| **JOB POSTINGS** | | | | |
| JOB POSTING | Lenovo | APOS Demand Generation WW Program Manager | Austin TX | 67 |
| JOB POSTING | Lenovo | Server Validation Engineer | Austin TX | 68 |
| JOB POSTING | Lenovo | Sr Research & Innovation Software Engineer | Austin TX | 69 |
| JOB POSTING | Lenovo | Sr Software Engineer - Cloud Solutions | Austin TX | 70 |



Lenovo

Texas A&M University

**Tommy Toles** · 3rd

Global Account Manager at Lenovo · **Contact info**

Austin, Texas, United States · **Contact info**

500+ connections

Business Law & Compliance - Texas A&M M.Jur. - Flexible, Blended Format. Designed fo



Deadline Approaching - Pepperdine's online Master of Legal Studies program: No GRE/L



Messaging


Lenovo

The University of Texas at Austin

Jobs

My Network

Home



**Sarah Neese** · 3rd

Director | Lenovo Global Channel Services

Austin, Texas, United States · **Contact info**

500+ connections

 Message   More

Search

in



Search

Home

My Network

Jobs

Messaging

Deadline Approaching - Pepperdine's online Master of Legal Studies program: No G



**Dawn Lindsey** · 3rd

Head of Global Marketing & Sales- Lenovo Software at Lenovo

Austin, Texas, United States · Contact info

500+ connections

  Message

More

 Lenovo

  The University of Texas at Austin

Qualify for ERTC? - Take this two minute assessment to see if your organization





## Stacey Calabretta · 3rd

Global Sales Executive at Lenovo

Austin, Texas Metropolitan Area · Contact info

500+ connections

Message   More

 Lenovo

TEXAS The University of Texas at
Austin

Deadline Approaching - Pepperdine's online Master of Legal Studies program: No GRE/



#HIRING



## Shannon MacKay · 3rd

General Manager WW Smart Collaboration Business Group at Lenovo

Leander, Texas, United States · Contact info

500+ connections

Message   More

Lenovo

Texas A&M University



**HELLO, I'M AMY!**

**Amy Marks** · 3rd
Smart Device/AI Product Manager at Lenovo
San Antonio, Texas, United States · **Contact info**

179 connections

🔒 Message    More

 Lenovo

 University of Leeds




Lenovo

The University of Texas at
Austin - Red McCombs Scho...



**JJ DePalma** · 3rd

Regional Sales Director K-12 Education, Western US at Lenovo

Austin, Texas Metropolitan Area · **Contact info**

500+ connections


**Message**


More



# Chuck Boorman · 3rd

Director Business Development Public Sector at Lenovo

Austin, Texas Metropolitan Area · **Contact info**

500+ connections

 Message   More



Lenovo

Baylor University



# Mike Bailey · 3rd

OEM Product Manager at Lenovo

Austin, Texas, United States · Contact info

414 connections

🔒 Message    More



Lenovo

Texas A&M University - Mays Business School



**Coco Peterson** · 3rd

Senior Contract Manager - Public Sector at Lenovo

Austin, Texas, United States · **Contact info**

410 connections

Message     More

Lenovo

The University of Texas at Austin



# Christopher Summers · 3rd

Global Account Executive - Workstations at Lenovo

Round Rock, Texas, United States · Contact info

500+ connections



Message   More

 Lenovo

 George Mason University



## Hailey MacKay · 3rd

Worldwide ThinkPad Product Launch Manager | Graduate Student at Texas State University | Former College Athlete

Austin, Texas Metropolitan Area · Contact info

184 connections

**Message**    More

Lenovo

Texas State University

## John Rohrer · 3rd

Datacenter Sales Executive at Lenovo

Austin, Texas Metropolitan Area · Contact info

500+ connections

Message      More

Lenovo

Texas A&M University-Corpus Christi

# Shannon Boelter 🔊 · 3rd

Account Executive & Sales Leader

Austin, Texas Metropolitan Area · Contact info

500+ connections

Message  More

Lenovo

The University of Texas at Austin





Lenovo

The University of Texas at Austin

## Leslie Friend · 3rd

Marketing Leader; Brand and Lead Generation Expert

Austin, Texas, United States · Contact info

500+ connections

**Message**     More





Lenovo

The University of Texas at
Dallas - School of...



# Gerald Youngblood (He/Him) · 3rd

Leader | CMO | Entrepreneur | Lifelong Learner

Austin, Texas, United States · Contact info

500+ connections

**Message**

More





Lenovo

Ohio University

# Andy Morris · 3rd

Senior Marketing Manager, Intel HPC & AI Solutions at Lenovo

Austin, Texas, United States · **Contact info**

500+ connections

**Message**    More







Lenovo



University of Texas of the Permian Basin

# Steven Franco (He/Him) · 3rd

Account Executive at Lenovo | Building solutions for State and Local Government in South Texas and Louisiana | Empowered by Innovation Powered by BBQ

Round Rock, Texas, United States · **Contact info**

500+ connections

**Message**    More



# Adam Helsinger · 3rd

Global Marketing | Lead Generation | Automation | Paid Social | Content

Austin, Texas Metropolitan Area · Contact info

500+ connections

Message   More

Lenovo

Thunderbird School of Global Management



Lenovo

The University of Texas at Austin



# Ed Gillispie · 3rd

President & General Manager

Austin, Texas Metropolitan Area · **Contact info**

500+ connections

**Message**   More



Lenovo

**Paul Jackson** · 3rd

Business Development, Strategic Programs

Austin, Texas, United States · **Contact info**

500+ connections

**Message**

More



 Lenovo

Texas State University-San Marcos

## Marcus White, MBA · 3rd

Data Center Solution Architect at Lenovo

Austin, Texas Metropolitan Area · Contact info

500+ connections

 Message   More





 Lenovo

 Texas State University

...nts produce tangible

# Tim Cooper · 3rd

High-Impact Sales Director specializing in right-fit IT solutions that help business outcomes.

Dripping Springs, Texas, United States · **Contact info**

500+ connections

**Message**   ( More )



**Tyson D. Taylor** · 3rd

Tech Enabler | Sustainability Advocate | Hybrid AE SE

Austin, Texas, United States · Contact info

500+ connections

Message

More

Lenovo

Texas State Technical College





**John Denton** · 3rd

Field Solutions Architect - Global Accounts (Telco) at Lenovo

Austin, Texas Metropolitan Area · Contact info

495 connections

**Message**    More

 Lenovo

 Texas Tech University

Lenovo

**Greg Ausley** · 3rd

VP, HR at Lenovo

Austin, Texas, United States · **Contact info**

500+ connections

Message   More



Lenovo

The University of Texas at Austin



**Jeff Gillespey** · 3rd

Executive Director Global Sales at Lenovo · **Contact info**

Austin, Texas, United States · **Contact info**

500+ connections


Message

More




Lenovo



## Lenissa Ovolsmith · 3rd

Digital Marketing Manager at Lenovo

Austin, Texas, United States · **Contact info**

135 connections

**Message**



More

 Lenovo

St. John Fisher College



**John Egan** · 3rd

VP of WW Manufacturing and Logistics at Lenovo

Austin, Texas, United States · Contact info

500+ connections

Message

More





# Nate Matatall · 3rd

Global Director | E-Commerce Digital Marketing at Lenovo

Austin, Texas, United States · Contact info

500+ connections

**Message**    More

Lenovo

Michigan State University



Lenovo



# Gerald (Jerry) Gross · 3rd

Vice President Global Supply Chain, Chief Procurement Officer at Lenovo

Cedar Park, Texas, United States · **Contact info**

500+ connections

**Message**    More



**Alfredo Alfau** · 3rd

Director Of Business Development at Lenovo for cloud software

Austin, Texas Metropolitan Area · **Contact info**

500+ connections

**Message**   More

 Lenovo

Miami Dade College



# Matthew Zielinski · 3rd

President, International Sales Organization (ISO)

Austin, Texas, United States · **Contact info**

500+ connections

**Message**   More

Lenovo



The University of Michigan, Ann Arbor



**Kimberley DeLeon** · 3rd

North America Alliances at Lenovo

Austin, Texas, United States · Contact info

500+ connections

Message   More

Lenovo



The University of Texas at Austin







Lenovo

Texas A&M University



## Glen Edington · 3rd

Services Director at Lenovo

Austin, Texas, United States · Contact info

500+ connections



Message

More



# Rebecca (Brown) Achariyakosol · 3rd

Executive Director, WW Services Upsell Offer Development & Marketing

Austin, Texas, United States · Contact info

500+ connections

**Message**   More

 Lenovo

Lenovo

University of Michigan - Stephen M. Ross School of Business



Lenovo

Texas State University



**Erin Wessley** · 3rd

Services Sales Executive at Lenovo · **Contact info**

Austin, Texas, United States ·

500+ connections

More


**Message**



**Cassie Mayberry** · 3rd

Global Inside Sales Manager - SI/Telco at Lenovo

Austin, Texas, United States · **Contact info**

500+ connections

**Message**

More

  Lenovo

 North Carolina State University



# Ramesh Joginpalli · 3rd

Director/Global Lead - Business Development & Marketing at Lenovo

Austin, Texas Metropolitan Area · **Contact info**

500+ connections

**Message**

More

 Lenovo

 Boston University, Questrom
School of Management



 Lenovo

 University of Louisville



# Laura Robertson · 3rd

Results Driven Attorney

Austin, Texas Metropolitan Area · **Contact info**

500+ connections

 Message

More



**Brandon Dugie** · 3rd

Sr. Business Manager - Global Strategy and Planning at Lenovo

Austin, Texas, United States · Contact info

500+ connections

Message

More

Lenovo

The University of Texas at Austin



Lenovo

American River College





# Dave Gardner · 3rd

Architect at Lenovo

Travis County, Texas, United States · Contact info

500+ connections


Message

More



# Sai Puvvada CSSGB · 3rd

Transition Process Analyst- Products & Services at Lenovo

San Antonio, Texas, United States · **Contact info**

500+ connections

**Message**   ( More )

 Lenovo

University of Houston



**Robert Bluestein** · 3rd

After Point of Sales at Lenovo

Buda, Texas, United States · Contact info

500+ connections

Message   More

Lenovo

University of London

 Lenovo

**Mark Benavides** · 3rd

Services Channel Manager at Lenovo

Austin, Texas, United States · **Contact info**

500+ connections

+ Follow     Message     More



**Kim Lewis** (She/Her) · 3rd

APOS Indirect Renewals WW Program Manager at Lenovo

Austin, Texas, United States · **Contact info**

500+ connections

**Message**   ( More )



Lenovo

The University of Texas at
Austin



# David Olski · 3rd

Global Lean Six Sigma Executive, Master Black Belt & Executive Development · **Contact info**

Austin, Texas, United States · **Contact info**

308 connections

**Message**     More

 Office Depot

Ⓐ Sensei American International College



Lenovo

# Joshua M. Preece · 3rd

Security Software Account Executive, ThinkShield at Lenovo.

Austin, Texas Metropolitan Area · Contact info

500+ connections

Message

More



Lenovo



# John Holderman · 3rd

Channel Account Manager at Lenovo

Austin, Texas Metropolitan Area · Contact info

500+ connections

**Message**

More





Lenovo

Georgia Institute of
Technology



**Jeff Pierson** (He/Him) · 3rd

Open to Work

Round Rock, Texas, United States · **Contact info**

345 connections

**Message**

More



Lenovo



University of Texas at Austin




**Stuart Stahl** · 3rd

Director, NA APOS Services at Lenovo

Austin, Texas, United States · **Contact info**

500+ connections



Message

More



# Chuck Oertli · 3rd

Account Executive, Vertical Solutions at Lenovo · **Contact info**

Austin, Texas, United States ·

485 connections

**Message**  More



Lenovo

The University of Texas at Austin




 Lenovo

Texas State University-San Marcos



## Corbin Lanmon · 3rd

Channel Account Manager at Lenovo · **Contact info**

Austin, Texas Metropolitan Area · **Contact info**

467 connections

**Message**   More



# Laura (Brodtmann) Sagebiel · 3rd

ROW Transition Management Office Leader at Lenovo

Austin, Texas, United States · Contact info

500+ connections

**Message**  ( More )



Lenovo

Louisiana State University





 Lenovo

The University of Texas at Austin



# Samantha Perkins · 3rd

Channel Account Manager

Austin, Texas, United States · **Contact info**

500+ connections

**Message**    More



# Gregory Gwynn · 3rd

DaaS Sales Executive at Lenovo

Austin, Texas Metropolitan Area · **Contact info**

280 connections

**Message**   More

Lenovo

Texas State University-San Marcos



**Igor Bergman** · 3rd

Chief Product Officer | VP Product Management | GM | SaaS | Cloud | Edge |

Austin, Texas Metropolitan Area · **Contact info**

500+ connections

**Message**

More

Lenovo

Capital University



Lenovo

Texas A&M University



# Walker Dollahon · 3rd

Workstation Acquisition Account Executive at Lenovo

Austin, Texas, United States · Contact info

500+ connections



Message

More



# Gina Quiroz · 3rd

Worldwide Sr. Social Media Listening & Engagement Architect and Strategist

Travis County, Texas, United States · Contact info

500+ connections

**Message**   ( More )

 Lenovo

 University of Phoenix

**Franklin Flint** · 3rd

Global OEM Marketing Executive, Infrastructure Solutions Group

Austin, Texas Metropolitan Area · **Contact info**

500+ connections

**Message**   ( More )

Lenovo

New Mexico State University

**Greg Tan** · 3rd

Helping organizations create and maintain a strong security profile

Georgetown, Texas, United States · Contact info

500+ connections

**Message**   More

Lenovo

Brigham Young University



## Theresa Wolfe · 3rd

OEM Data Center Group Sales Account Executive- South Central at Lenovo

San Antonio, Texas Metropolitan Area · Contact info

500+ connections

**Message**   More

  Lenovo

University of the Incarnate Word



## Katie Santos · 3rd

Finding a way through the trees, herding cats, and throwing it all in a project plan.

Austin, Texas Metropolitan Area · Contact info

396 connections

**Message** | More



Lenovo

Baylor University

# Geetu Rajpal, MBA · 3rd

User Experience Data Analyst at Lenovo

San Antonio, Texas, United States · **Contact info**

500+ connections

**Message**   More

Lenovo

Greehey School of Business at
St. Mary's University



# Eric Blair · 3rd

Sr. Software Engineer and Architect

Austin, Texas, United States · **Contact info**

453 connections

**Message**   More



Lenovo

The University of Texas at Austin



# Ronald Travis · 3rd

Geo Sr. Manager - Motorola NA Global Upsell Services at Motorola Mobility (a Lenovo Company)

Austin, Texas Metropolitan Area · Contact info

159 connections

**Message**   More

Ⓜ Motorola Mobility (a Lenovo Company)

LYNN Lynn University

# APOS Demand Generation WW Program Manager

Lenovo

Austin, TX

 Actively recruiting

1 week ago · **1 applicant**

## Server Validation Engineer

Lenovo

Austin, TX

 Actively recruiting

2 weeks ago · 1 applicant



# Sr. Research & Innovation Software Engineer

Lenovo

Austin, TX

 Actively recruiting

6 days ago · **1 applicant**



# Sr. SW Engineer - Cloud Solutions

Lenovo

Austin, TX

Actively recruiting

2 weeks ago · 1 applicant



## Suryaminjata Gunawan · 3rd

Software Engineer at Motorola Mobility

Austin, Texas, United States · Contact info

264 connections

🔒 Message    More

Motorola Mobility

Northeastern University

## Activity

265 followers

Posts Suryaminjata created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience



**Principal Staff Software Engineer**

Motorola Mobility

Apr 2006 – Present · 15 yrs 6 mos

Austin, Texas Area



## Suresh Venkitachalam · 3rd

Senior Staff Engineer at Motorola Mobility

Austin, Texas Metropolitan Area · Contact info

55 connections

🔒 Message    More

Motorola Mobility

Indian Institute of
Technology, Madras

---

## Activity

54 followers

Posts Suresh created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

## Experience



### Senior Staff Engineer

Motorola Mobility

Sep 2010 – Present · 11 yrs 1 mo

Greater Chicago Area



## Michael Do · 3rd

Engineer at Motorola Mobility (a Lenovo Company)

Austin, Texas Metropolitan Area · Contact info

6 connections

  


Motorola Mobility (a Lenovo Company)

National Technological University

## Activity

6 followers

Posts Michael created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience



### Engineer

Motorola Mobility (a Lenovo Company)

May 1998 – Present · 23 yrs 5 mos