IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Waco

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC § § § § § | |
| vs. § | Case No. 6:21-cv-00122-ADA |
| § § | |
| LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY LLC § § § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | Williams  Simons  and Landis PLLC |
| Street | The Littlefield Building |
| | 601 Congress Ave., Suite 600 |
| City, State, Zip | Austin, TX 78701 |
| Telephone/Fax | 512-543-1355 |
| State Bar # | 24008042 |

Respectfully submitted,

_/s/ Michael Simons_

Michael Simons

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**.  For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov