# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC<br><br>vs.<br><br>LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., MOTOROLA MOBILITY LLC | §<br>§<br>§   NO:  WA:21-CV-00122-ADA<br>§<br>§ |

## ORDER SETTING MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTION HEARING by Zoom on December 13, 2021 at 11:00 AM.

IT IS SO ORDERED this 9th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE