# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY LLC,<br><br>    Defendants. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 6:21-cv-00122-ADA |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Robert Daniel Garza of the law firm Williams Simons & Landis PLLC files this notice of appearance as counsel for Plaintiff Gesture Technology Partners, LLC ("GTP"), is authorized to receive service of all pleadings, notices, orders, and other papers in the above captioned matters on behalf of GTP, and request CM/ECF notifications of filing in this case.

Dated: December 9, 2021

Respectfully submitted,

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
Robert Daniel Garza
Texas State Bar No. 24097730
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com
dgarza@wsltrial.com

Todd E. Landis
State Bar No. 24030226

-2-

WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff Gesture Technology Partners, LLC.*

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 9, 2021 the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Daniel Garza*
Daniel Garza