IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>       Plaintiff,<br>   v.<br><br>LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY LLC,<br><br>       Defendants. | CIVIL ACTION NO. 6:21-cv-00122-ADA<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff Gesture Technology Partners LLC ("GTP") hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant Lenovo Group Ltd. is dismissed with prejudice.

Dated: January 9, 2025                Respectfully submitted,

By: */s/ Fred Williams*
Fred I. Williams
Texas State Bar No. 00794855
WILLIAMS SIMONS & LANDIS PC
The Littlefield Building
601 Congress Avenue, Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PC
1735 Market Street, Suite 125, #453
Philadelphia, PA 19103

Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff Gesture Technology Partners, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2025, the undersigned caused a copy of the foregoing document to be served on Motorola through the Court's ECF System.

*/s/ Fred Willaims*
Fred I. Williams